| CO. | FILE | DEPT. | CLOCK | NUMBER |
|---|---|---|---|---|
| VUU | 69957 | 00 | 02 | 0080039615 |
| | | | | 1748-0001 |

**Earnings Statement**  ADP

**GYMBOREE** GYMBOREE OPERATIONS, INC
(415) 278 7000
71 STEVENSON ST., SUITE 2200
SAN FRANCISCO, CA 94105

Period Beginning: 10/01/2017
Period Ending: 10/14/2017
Pay Date: 10/20/2017

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 0
  GA: 1

ALASHA M LENOIR
2300 GLOBAL FORUM BLVD
APT 313
DORAVILLE GA 30340

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular Pay | 11.5000 | 41.57 | 478.06 | 4,578.89 |
| Bonus-Regular | | | 50.00 | 150.00 |
| Visa Bonus | | | 3.00 | 6.00 |
| Gross Pay | | | $531.06 | 4,734.89 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -53.75 | 398.04 |
| | Social Security Tax | -32.92 | 293.56 |
| | Medicare Tax | -7.70 | 68.66 |
| | GA State Income Tax | -11.95 | 75.69 |
| Net Pay | | $424.74 | |
| Net Check | | $424.74 | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Basis of Pay | | Hourly |

Your federal taxable wages this period are $531.06
Your GA taxable wages this period are $531.06



17-69957

2017 NOV 14 PM 3:01
M. REGINA THOMAS
CLERK
FILED IN OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA

© 2000 ADP, LLC

**GYMBOREE** GYMBOREE OPERATIONS, INC
(415) 278 7000
71 STEVENSON ST., SUITE 2200
SAN FRANCISCO, CA 94105

VUU      90-477/1222
Payroll check number: 0080039615
Pay date: 10/20/2017

Pay to the
order of:   ALASHA M LENOIR

This amount:   FOUR HUNDRED TWENTY FOUR AND 74/100 DOLLARS       $424.74

ISSUED BY ADP PAYROLL SERVICES, ASL ASSISTANCE WITH VERIFICATION AVAILABLE AT 877-423-7243

VOID NON-NEGOTIABLE   VOID NON-NEGOTIABLE
VOID AFTER 180 DAYS
THIS IS NOT A CHECK

Wells Fargo Bank, N.A.
171 17th St NW
Atlanta, GA 30363

| CO. | FILE | DEPT. | CLOCK | NUMBER |
|---|---|---|---|---|
| VUU | 69957 | 00702 | 0080034084 | 1638-0001 |

# Earnings Statement



**GYMBOREE** GYMBOREE OPERATIONS, INC
(415) 278 7000
71 STEVENSON ST., SUITE 2200
SAN FRANCISCO, CA 94105

Period Beginning:  08/06/2017
Period Ending:     08/19/2017
Pay Date:          08/25/2017

Taxable Marital Status:   Single
Exemptions/Allowances:
   Federal:   0
   GA:        1

ALASHA M LENOIR
2300 GLOBAL FORUM BLVD
APT 313
DORAVILLE GA 30340

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular Pay | 11.5000 | 31.87 | 366.51 | 2,817.18 |
| Bonus-Regular | | | 50.00 | 100.00 |
| Visa Bonus | | | | 3.00 |
| **Gross Pay** | | | **$416.51** | 2,920.18 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Basis of Pay | | Hourly |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -40.31 | 241.33 |
| | Social Security Tax | -25.82 | 181.05 |
| | Medicare Tax | -6.04 | 42.34 |
| | GA State Income Tax | -5.88 | 41.94 |
| | **Net Pay** | **$338.46** | |
| | **Net Check** | **$338.46** | |

Your federal taxable wages this period are $416.51
Your GA taxable wages this period are $416.51

© 2000 ADP, LLC

---

**GYMBOREE** GYMBOREE OPERATIONS, INC
(415) 278 7000
71 STEVENSON ST., SUITE 2200
SAN FRANCISCO, CA 94105

VUU                                                    90-477/1222
Payroll check number:  0080034084
Pay date:              08/25/2017

Pay to the order of:   ALASHA M LENOIR

This amount:  THREE HUNDRED THIRTY EIGHT AND 46/100 DOLLARS              $338.46

ISSUED BY ADP PAYROLL SERVICES    ASSISTANCE WITH VERIFICATION AVAILABLE AT 877-423-7243

VOID NON-NEGOTIABLE   VOID NON-NEGOTIABLE
VOID AFTER 180 DAYS

THIS IS NOT A CHECK

Wells Fargo Bank, N.A.
171 17th St NW
Atlanta, GA 30363

| CO. | FILE | DEPT. | CLOCK | NUMBER | | |
|---|---|---|---|---|---|---|
| VUU | 69987 | 000702 | 0080035539 | 1727-0001 | | |

# Earnings Statement

**ADP**

**GYMBOREE** GYMBOREE OPERATIONS, INC
(415) 278 7000
71 STEVENSON ST., SUITE 2200
SAN FRANCISCO, CA 94105

Period Beginning: 08/20/2017
Period Ending: 09/02/2017
Pay Date: 09/08/2017

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 0
  GA: 1

ALASHA M LENOIR
2300 GLOBAL FORUM BLVD
APT 313
DORAVILLE GA 30340

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular Pay | 11.5000 | 32.23 | 370.65 | 3,187.83 |
| Bonus-Regular | | | | 100.00 |
| Visa Bonus | | | | 3.00 |
| **Gross Pay** | | | **$370.65** | 3,290.83 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -28.22 | 269.55 |
| | Social Security Tax | -22.98 | 204.03 |
| | Medicare Tax | -5.38 | 47.72 |
| | GA State Income Tax | -4.54 | 46.48 |
| **Net Pay** | | | **$309.53** |
| **Net Check** | | | **$309.53** |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Basis of Pay | | Hourly |

Your federal taxable wages this period are $370.65
Your GA taxable wages this period are $370.65

© 2000 ADP, LLC

**GYMBOREE** GYMBOREE OPERATIONS, INC
(415) 278 7000
71 STEVENSON ST., SUITE 2200
SAN FRANCISCO, CA 94105

VUU
90-477/1222
Payroll check number: 0080035539
Pay date: 09/08/2017

Pay to the order of: ALASHA M LENOIR

This amount: THREE HUNDRED NINE AND 53/100 DOLLARS

$309.53

ISSUED BY ADP PAYROLL SERVICES, FREE ASSISTANCE WITH VERIFICATION AVAILABLE AT 877-423-7243

VOID NON-NEGOTIABLE   VOID NON-NEGOTIABLE
VOID AFTER 180 DAYS



THIS IS NOT A CHECK

Wells Fargo Bank, N.A.
171 17th St NW
Atlanta, GA 30363

# Earnings Statement

**GYMBOREE**  GYMBOREE OPERATIONS, INC
(415) 278 7000
71 STEVENSON ST., SUITE 2200
SAN FRANCISCO, CA 94105

Period Beginning: 09/03/2017
Period Ending: 09/16/2017
Pay Date: 09/22/2017

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 0
  GA: 1

ALASHA M LENOIR
2300 GLOBAL FORUM BLVD
APT 313
DORAVILLE GA 30340

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular Pay | 11.5000 | 40.86 | 469.90 | 3,657.73 |
| Bonus-Regular | | | | 100.00 |
| Visa Bonus | | | | 3.00 |
| **Gross Pay** | | | **$469.90** | 3,760.73 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Basis of Pay | | Hourly |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -39.28 | 308.83 |
| | Social Security Tax | -29.14 | 233.17 |
| | Medicare Tax | -6.81 | 54.53 |
| | GA State Income Tax | -9.34 | 55.82 |
| **Net Pay** | | **$385.33** | |
| **Net Check** | | **$385.33** | |

Your federal taxable wages this period are $469.90
Your GA taxable wages this period are $469.90

© 2000 ADP, LLC

---

**GYMBOREE**  GYMBOREE OPERATIONS, INC
(415) 278 7000
71 STEVENSON ST., SUITE 2200
SAN FRANCISCO, CA 94105

VUU
Payroll check number: 0080036807
Pay date: 09/22/2017

90-477/1222

Pay to the order of:  ALASHA M LENOIR

This amount:  THREE HUNDRED EIGHTY FIVE AND 33/100 DOLLARS   $385.33

ISSUED BY ADP PAYROLL SERVICES, INC.   ASSISTANCE WITH VERIFICATION AVAILABLE AT 877-423-7243

VOID NON-NEGOTIABLE   VOID NON-NEGOTIABLE
VOID AFTER 180 DAYS

THIS IS NOT A CHECK

Wells Fargo Bank, N.A.
171 17th St NW
Atlanta, GA 30363

# Earnings Statement

**GYMBOREE** GYMBOREE OPERATIONS, INC
(415) 278 7000
71 STEVENSON ST., SUITE 2200
SAN FRANCISCO, CA 94105

Period Beginning: 09/17/2017
Period Ending: 09/30/2017
Pay Date: 10/06/2017

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 0
  GA: 1

ALASHA M LENOIR
2300 GLOBAL FORUM BLVD
APT 313
DORAVILLE GA 30340

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular Pay | 11.5000 | 38.53 | 443.10 | 4,100.83 |
| Bonus-Regular | | | | 100.00 |
| Visa Bonus | | | | 3.00 |
| **Gross Pay** | | | **$443.10** | 4,203.83 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Basis of Pay | | Hourly |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -35.46 | 344.29 |
| | Social Security Tax | -27.47 | 260.64 |
| | Medicare Tax | -6.43 | 60.96 |
| | GA State Income Tax | -7.92 | 63.74 |
| | **Net Pay** | **$365.82** | |
| | **Net Check** | **$365.82** | |

Your federal taxable wages this period are $443.10
Your GA taxable wages this period are $443.10

---

**GYMBOREE** GYMBOREE OPERATIONS, INC
(415) 278 7000
71 STEVENSON ST., SUITE 2200
SAN FRANCISCO, CA 94105

VUU
Payroll check number: 0080038188
Pay date: 10/06/2017

90-477/1222

Pay to the order of: ALASHA M LENOIR

This amount: THREE HUNDRED SIXTY FIVE AND 82/100 DOLLARS    $365.82

ISSUED BY ADP PAYROLL SERVICES FOR ASSISTANCE WITH VERIFICATION AVAILABLE AT 877-423-7243

VOID NON-NEGOTIABLE  VOID NON-NEGOTIABLE
VOID AFTER 180 DAYS
THIS IS NOT A CHECK



Wells Fargo Bank, N.A.
171 17th St NW
Atlanta, GA 30363

| CO. | FILE | DEPT. | CLOCK | NUMBER |
|---|---|---|---|---|
| VUU | 699577 | 000102 | 0080041122 | 1632-0001 |

# Earnings Statement

**GYMBOREE** GYMBOREE OPERATIONS, INC
(415) 278 7000
71 STEVENSON ST., SUITE 2200
SAN FRANCISCO, CA 94105

Period Beginning: 10/15/2017
Period Ending: 10/28/2017
Pay Date: 11/03/2017

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 0
  GA: 1

ALASHA M LENOIR
2300 GLOBAL FORUM BLVD
APT 313
DORAVILLE GA 30340

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular Pay | 11.5000 | 38.28 | 440.22 | 5,019.11 |
| Bonus-Regular | | | | 150.00 |
| Visa Bonus | | | | 6.00 |
| **Gross Pay** | | | **$440.22** | 5,175.11 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Basis of Pay | | Hourly |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -35.18 | 433.22 |
| | Social Security Tax | -27.30 | 320.86 |
| | Medicare Tax | -6.38 | 75.04 |
| | GA State Income Tax | -7.78 | 83.47 |
| | **Net Pay** | **$363.58** | |
| | **Net Check** | **$363.58** | |

Your federal taxable wages this period are $440.22
Your GA taxable wages this period are $440.22

© 2000 ADP, LLC

**GYMBOREE** GYMBOREE OPERATIONS, INC
(415) 278 7000
71 STEVENSON ST., SUITE 2200
SAN FRANCISCO, CA 94105

VUU  90-477/1222
Payroll check number: 0080041122
Pay date: 11/03/2017

Pay to the order of: ALASHA M LENOIR

This amount: THREE HUNDRED SIXTY THREE AND 58/100 DOLLARS     $363.58

ISSUED BY ADP PAYROLL SERVICES, INC. ASSISTANCE WITH VERIFICATION AVAILABLE AT 877-423-7243


VOID NON-NEGOTIABLE    VOID NON-NEGOTIABLE
VOID AFTER 180 DAYS
THIS IS NOT A CHECK

Wells Fargo Bank, N.A.
171 17th St NW
Atlanta, GA 30363

# Earnings Statement

**FRANCESCA'S COLLECTIONS, INC.**
8760 CLAY ROAD
HOUSTON, TX 77080

Period Beginning: 10/05/2017
Period Ending: 10/18/2017
Pay Date: 10/25/2017

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 1
  GA: 0

ALASHA M LENOIR
2300 GLOBAL FORUM BLVD
APT 313
DORAVILLE GA 30340

**Earnings**

| | rate | hours | this period | year to date |
|---|---|---|---|---|
| Training | 11.0000 | 12.85 | 141.35 | 141.35 |
| **Gross Pay** | | | **$141.35** | 141.35 |

**Deductions**

| Statutory | | |
|---|---|---|
| Social Security Tax | -8.76 | 8.76 |
| Medicare Tax | -2.05 | 2.05 |
| GA State Income Tax | -0.76 | 0.76 |
| **Net Pay** | | **$129.78** |
| **Net Check** | | **$129.78** |

**Other Benefits and Information**

| | this period | total to date |
|---|---|---|
| Max Elig/Comp | 141.35 | 141.35 |
| Total Work Hrs | 12.85 | |

**Important Notes**
COMPANY PHONE #: 713-864-1358

BASIS OF PAY: HOURLY

Your federal taxable wages this period are $141.35

© 2000 ADP, LLC

---

FRANCESCA'S COLLECTIONS, INC.
8760 CLAY ROAD
HOUSTON, TX 77080

ZLL                             90-477/1222
Payroll check number: 0015013596
Pay date: 10/25/2017

Pay to the order of:  ALASHA M LENOIR

This amount: ONE HUNDRED TWENTY NINE AND 78/100 DOLLARS     $129.78

ISSUED BY ADP PAYROLL SERVICES. FREE ASSISTANCE WITH VERIFICATION AVAILABLE AT 877-423-7243

VOID NON-NEGOTIABLE    VOID NON-NEGOTIABLE
VOID AFTER 180 DAYS



Wells Fargo Bank, N.A.
171 17th St NW
Atlanta, GA 30363

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 062 |

**Earnings Statement** ADP

FRANCESCA'S COLLECTIONS, INC.
8760 CLAY ROAD
HOUSTON, TX 77080

Period Beginning: 10/19/2017
Period Ending: 11/01/2017
Pay Date: 11/08/2017

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 1
  GA: 0

ALASHA M LENOIR
2300 GLOBAL FORUM BLVD
APT 313
DORAVILLE GA 30340

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 11.0000 | 51.07 | 561.77 | 561.77 |
| Training | | | | 141.35 |
| **Gross Pay** | | | **$561.77** | 703.12 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -31.76 | 31.76 |
| | Social Security Tax | -34.83 | 43.59 |
| | Medicare Tax | -8.15 | 10.20 |
| | GA State Income Tax | -21.08 | 21.84 |
| **Net Pay** | | **$465.95** | |
| | Directdepstck1 | -465.95 | |
| **Net Check** | | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Max Elig/Comp | 561.77 | 703.12 |
| Total Work Hrs | 51.07 | |

**Important Notes**
COMPANY PHONE #: 713-864-1358

BASIS OF PAY: HOURLY

Your federal taxable wages this period are $561.77

© 2006 ADP, LLC

FRANCESCA'S COLLECTIONS, INC.
8760 CLAY ROAD
HOUSTON, TX 77080

Advice number: 00000451701
Pay date: 11/08/2017

Deposited to the account of
ALASHA M LENOIR

| account number | transit ABA | amount |
|---|---|---|
| xxxxx0023 | xxxx xxxx | $465.95 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**